UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


<u>Luis Caraballo</u>

    v.                    Case No.   07-cv-172-SM

<u>United States</u>


ORDER

    Re: Document No. 1, Motion to Vacate Sentence under 28 U.S.C. § 2255

    Ruling: The motion for relief under the provisions of 28 U.S.C. § 2255 is denied as the motion, files, and records of the case conclusively show that the prisoner is entitled to no relief. The sentence was lawful, jurisdiction is not in doubt, and the petition does not describe any denial or infringement of petitioner's constitutional rights.


                                              Steven J. McAuliffe
                                              Chief District Judge

Date:  June 18, 2007

cc:  Luis Caraballo, pro se